UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| ALBERT JEFFRIES, | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) No. 1:20-cv-00223-JRG-CHS ) |
| YANFENG US AUTOMOTIVE INTERIOR SYSTEMS I LLC, | ) ) ) ) |
| Defendant. | ) |

## ORDER

This is a Fair Labor Standards Act ("FLSA") case, in which Plaintiff contends that Defendant failed to pay him overtime wages as required by the FLSA. Plaintiff also alleges that Defendant failed to pay him regular wages he was owed. The case is before the Court on the parties' Joint Motion for Approval of FLSA Settlement.

The Court has reviewed the proposed settlement, which provides for full payment of Plaintiff's alleged overtime back pay; an equal amount of liquidated damages; and attorneys' fees and costs. See 29 U.S.C. § 216(b). The settlement also provides for full payment of Plaintiff's alleged regular back pay. The Court finds that the terms of the settlement are fair and reasonable. See Lynn's Food Stores, Inc., v. United States, 679 F.2d 1350, 1353-54 (11th Cir. 1982) (stating that a district court may approve an FLSA settlement after determining that it is fair and reasonable); Hanks v. Racetrack Petroleum, Inc., 2011 WL 4408242, at *2 (M.D. Fla. Sept. 9, 2011) ("Full recompense is *per se* fair and reasonable.").

ACCORDINGLY, the Court GRANTS the parties' Joint Motion for Approval of FLSA

Settlement, and DIRECTS Defendant to pay Plaintiff and his counsel the amounts set forth in the Joint Motion. The Court further ORDERS the parties to file a stipulation of dismissal with prejudice after payment of the settlement funds to Plaintiff and his counsel and within thirty 30 days of entry of this order.

    IT IS SO ORDERED.

                                    _____
                                    J. RONNIE GREER
                                  UNITED STATES DISTRICT JUDGE